

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| IN RE | § | No. 08-15-00049-CV |
| | § | ORIGINAL PROCEEDING |
| READYONE INDUSTRIES, INC., | § | ON PETITION FOR WRIT OF |
| RELATOR. | § | MANDAMUS |

## **J U D G M E N T**

The Court has considered this cause on the Relator's petition for writ of mandamus against the Honorable Angie Juarez Barill, Judge of the 346th District Court of El Paso, Texas, and concludes that Relator's petition for writ of mandamus should be granted. We therefore direct the trial court to rule on the motion to compel arbitration within thirty (30) days of this date, in accordance with the opinion of this Court. The writ of mandamus will issue should the court fail to comply.

IT IS SO ORDERED THIS 10TH DAY OF APRIL, 2015.

YVONNE T. RODRIGUEZ, Justice

Before McClure, C.J., Rodriguez, J., and Barajas, C.J. (Senior Judge)
Barajas, C.J. (Senior Judge)(Sitting by Assignment)